**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BIBLIOTECHNICAL ATHENAEUM, American University of Beirut,

                Plaintiff,

   -against-                                20 **CIVIL** 4068 (LJL)

                                                   **JUDGMENT**

AMERICAN UNIVERSITY OF BEIRUT,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2021, the motion to dismiss is GRANTED and the case is DISMISSED without prejudice to Plaintiff filing an amended complaint within thirty (30) days of the Opinion and Order; accordingly, the case is closed, without prejudice to re-opening it upon filing of an amended complaint within thirty (30) days.

**Dated:**  New York, New York

      March 19, 2021

                                                           **RUBY J. KRAJICK**
                                                           Clerk of Court
                                     **BY:**
                                                           Deputy Clerk